# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KULDIP KAUR, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:17-cv-00226-DAD-SKO<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE**<br><br>**(Doc. 12)** |

On July 6, 2017, Plaintiff filed a Notice of Voluntary Dismissal of Entire Action, in which Plaintiff notifies the Court that this action is dismissed with prejudice. (Doc. 12.) Plaintiff filed this notice before an opposing party served either an answer or a motion for summary judgment. As such, this matter has been voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **July 7, 2017**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE